```
        IN THE UNITED STATES DISTRICT COURT FOR THE
                SOUTHERN DISTRICT OF GEORGIA
                      AUGUSTA DIVISION
```

LONNIE M. DUNCAN,              *
                               *
    Plaintiff,                 *
                               *
    v.                         *        CV 120-062
                               *
BRANDON LIVELY, et al.,        *
                               *
    Defendants.                *

**O R D E R**

Plaintiff has failed to file any responses to Defendants' motions to dismiss (Docs. 26, 27, 30, 36, 39, 41, 43), and the Court is reluctant to rule on the motions without first hearing from Plaintiff. Under Local Rule 7.5, failure to respond to a motion generally indicates that the motion is unopposed. Nevertheless, the Court recognizes that Plaintiff is acting *pro se* in this case and that Defendants' motions are dispositive in nature. Therefore, the Court **ORDERS** Plaintiff to file responses to Defendants' motions to dismiss by **5:00 PM on APRIL 7, 2021**. Thereafter, the Court will rule on the motions, and if Plaintiff still fails to respond, the Court will deem the motions unopposed. See L.R. 7.5, S.D. Ga.

**ORDER ENTERED** at Augusta, Georgia, this 25th day of March, 2021.

```
_____
J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
```